

# NUMBER 13-25-00098-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF
## DAVID PETER GOMEZ AND MARY LOU GOMEZ

---

## ON APPEAL FROM THE 377TH DISTRICT COURT
## OF VICTORIA COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Cron and Fonseca**
**Memorandum Opinion by Justice Cron**

Appellant Mary Lou Gomez timely perfected an appeal from a final divorce decree that dissolved her marriage to appellee David Peter Gomez. The primary issue on appeal was the trial court's decision not to award Mary Lou spousal maintenance. On our own motion, we abated the appeal and ordered the parties to participate in mediation.

The parties have now filed a joint motion, signed by their respective attorneys,

informing the Court that they have reached a mediated settlement agreement that fully resolves their underlying dispute. The parties ask that we dismiss the appeal and remand the case to the trial court for the rendition of a new divorce decree reflecting the parties' agreement. However, that specific combination of relief is not permitted under the Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1; *In re Matter of Marriage of McQueen*, 597 S.W.3d 53, 54 (Tex. App.—Houston [14th Dist.] 2020, order).

We therefore construe the motion as a request for relief under Texas Rule of Appellate Procedure 42.1(a)(2)(B). Accordingly, we reinstate the appeal, grant the motion, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for the rendition of judgment in accordance with the settlement agreement. *See id.* R. 42.1(a)(2)(B). Because there is no indication that the parties agreed otherwise, appellate costs will be taxed against Mary Lou. *See id.* R. 42.1(d). Finally, having disposed of the appeal at the parties' request, no motion for rehearing will be entertained.

JENNY CRON
Justice

Delivered and filed on the
23rd day of October, 2025.

2